UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

PATRICIA LYNN RICHARD,

                Plaintiff,

       vs                                      6:06-CV-965

THE HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                Defendant.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LEGAL SERVICES FOR THE ELDERLY<br>Attorneys for Plaintiff<br>130 w, 42ND Street, 17th Floor<br>New York, NY 10036-7803 | GARY S. STONE, ESQ.<br>CHRISTOPHER DAGG, ESQ. |
| COOPER, EVING & SAVAGE LLP<br>Attorneys for Plaintiff<br>39 North Pearl Street - 4th Floor<br>Albany, New York 12207 | BRIAN W. MATULA, ESQ.<br>PHILIP G. STECK, ESQ. |
| SCHRADER, ISRAELY, DeLUCA & WATERS, LLP<br>Attorneys for Defendant<br>2821 Wehrle Drive, Suite 3<br>Williamsville, New York 14221 | R. SCOTT DeLUCA, ESQ. |

DAVID N. HURD
United States District Judge

## **O R D E R**

Defendant, Hartford Accident and Life Insurance Company, moves for summary judgment dismissing plaintiff's amended complaint for long-term disability benefits ("LTD Benefit") under a policy issued to plaintiff's former employer. Plaintiff opposes and cross-moves for summary judgment granting her LTD Benefits on the grounds that the defendant's decision to deny was arbitrary and capricious.

Oral argument was heard on April 21, 2009, in Utica, New York. Decision was reserved.

Upon a detailed review of all the submissions, including the administrative record, the defendant's decision to deny plaintiff's claim for LTD Benefits was supported by substantial evidence including, but not limited to, physicians' reports and opinions, a medical review, video surveillance, and plaintiff's statements. Although one might disagree with the final decision, after two appeals, it was clearly not arbitrary and capricious.

Therefore, it is

ORDERED that

1. Defendant's motion for summary judgment is GRANTED;

2, Plaintiff's cross-motion for summary judgment is DENIED; and

3. The amended complaint is DISMISSED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated: May 6, 2009
       Utica, New York.

_____
United States District Judge